FILED
2026 Sep-01 AM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:25-cr-647-ACA-GMB** |
| | } | |
| **DEMETRIUS LAMONTE ROWELL,** | } | |
| | } | |
| **Defendant.** | } | |

# ORDER

Defendant, Demetrius Lamonte Rowell, has entered pleas of guilty to Count One of the Indictment. On July 23, 2026, the magistrate judge entered a report recommending that the court accept the guilty plea. (Doc. 27). Mr. Rowell has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the plea.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this September 1, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE